UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ULISES CASTRO-GARCIA,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
   a/k/a Abel Alejandro Garcia-Ramirez,
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. **ARIEL CARRILLO-ZEPEDA**
    a/k/a "Gallina",

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#114)** on May 15, 2007 by Defendant Ariel Carrillo-Zepeda. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

Case 1:06-cr-00318-MSK   Document 119   Filed 05/16/07   USDC Colorado   Page 2 of 2

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **August 27, 2007** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The motions hearing set for **June 11, 2007** and the **July 9, 2007** trial date are **VACATED.**

**IT IS FURTHER ORDERED** that the Motion to Excuse **(#115) is DENIED** as moot, the motions hearing scheduled for May 17, 2007 has been **VACATED.**

Dated this 16th day of May, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge